# MINUTE ORDER

Page 2

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**                    Date:  6/7/2022     Time: 2:00 p.m.

Defendant:  Vinicius Santana          J#: 04749-510     Case #:  22-2966-TORRES

AUSA: Manolo Reboso                        Attorney:

Violation:  WARR/COMP/USDC for D/MA/Wire Fraud

Surr/Arrest Date: 6/7/2022      YOB: 1987

Proceeding:  Initial Appearance                    CJA Appt:

Bond/PTD Held: ○ Yes   ○ No        Recommended Bond:

Bond Set at:                                        Co-signed by:

| | | Disposition: |
|---|---|---|
| ☐ | Surrender and/or do not obtain passports/travel docs | Language:  English |
| ☐ | Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person | Defendant consents to appear by VTC |
| ☐ | Random urine testing by Pretrial Services _____ Treatment as deemed necessary | The Court reviews PTS Report and finds Defendant **does not qualify** for |
| ☐ | Refrain from excessive use of alcohol | Court appointed counsel.  Counsel |
| ☐ | Participate in mental health assessment & treatment | Dan Gaudet who represents |
| ☐ | Maintain or seek full-time employment/education | defendant on a state matter in |
| ☐ | No contact with victims/witnesses, except through counsel | Massachusetts will assist in retaining |
| ☐ | No firearms | counsel. |
| ☐ | Not to encumber property | Defendant held Temporary PTD at |
| ☐ | May not visit transportation establishments | Government request, risk of flight |
| ☐ | Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____ | |
| ☐ | Allowances: Medical needs, court appearances, attorney visits, religious, employment | |
| ☐ | Travel extended to: | |
| ☐ | Other: | Time from today to _____ excluded from Speedy Trial Clock |

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| *Report RE Counsel:* | *6/10/22* | *10:00* | *Miami Duty* | |
| *PTD Hearing:* | *6/10/22* | *10:00* | *Miami Duty* | |
| *Removal:* | | *6/10/22* | *10:00* | *Miami Duty* |
| Status Conference RE: | | | | |

D.A.R. EGT-6.7.22-ZOOM-**2:25 pm**                    Time in Court: 6

s/Edwin G. Torres                    Chief Magistrate Judge